USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Oneil Dasilva,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court hereby orders that pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, Justine Harris is hereby appointed as CJA counsel to represent the Defendant for the purpose of filing a compassionate release motion, effective June 17, 2020.

The Clerk of Court is directed to mail a copy of this Order to Defendant.

Dated: June 22, 2020
     New York, New York

_____
ALISON J. NATHAN
United States District Judge