UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Oneil Dasilva,

Defendant.

15-cr-95-35 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Government shall respond to the Defendant's compassionate release motion, Dkt. No. 2950, within one week of this Order. Defendant shall file his reply, if any, three days thereafter.

Dated: August 10, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge