USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ONEIL DASILVA,

Defendants.

15-CR-095 (AJN)

~~[PROPOSED]~~ ORDER

Upon the application of Oneil Dasilva, by his attorney Justine A. Harris, Esq., for an order authorizing the appointment of Alexandra Elenowitz-Hess, Esq., an associate of the firm Sher Tremonte LLP, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Alexandra Elenowitz-Hess, Esq. is appointed *nunc pro tunc* to July 11, 2020, to assist in the representation of Oneil Dasilva in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of one hundred and ten dollars ($110) per hour.

Dated: New York, New York
       October 26, 2020

SO ORDERED

_____
Hon. Alison J. Nathan
United States District Judge
Southern District of New York

This document was entered on the docket on_____.