UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Oneil Dasilva,

              Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On February 8, 2021, the Court received the attached letter. To the extent that Mr. Dasilva is requesting specific relief from the Court, that request is denied.

    SO ORDERED.

Dated: February 9, 2021
        New York, New York

_____
ALISON J. NATHAN
United States District Judge

15cr95(AJN)

TO: The Honorable Judge NATHAN,

Sorry to bother you your honor, I'm just writing you to explain my situation of whats been going on with me in here. I've contracted Covid-19 virus and the symtoms that i went through were deadly. I'm not blaming the B.O.P. or anyone for that matter, because i understand that no one was prepared for this pandemic that hit us. I'm throwing myself at the mercy of the court one more time because i honestly feel that the 15 years that i was sentence to is turning into a death sentence because of Covid-19 and the risks that we are subjected to in here. My risks are greater due to me being paralized for life, and i take so many different medication that

It weakens my immune system, so I feel that the next time I do catch Covid-19 virus I will not be so lucky, I'm so scared to die in here your honor. Please, I'm begging you for your mercy, compassion and help.

Thank you for your time your honor.



Respectfully
Oneil DASilva
77402054