UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Oneil DaSilva,

                Defendant.

15-cr-95-35 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Government is hereby ORDERED to respond to the Defendant's motion for partial reduction in sentence, Dkt. No. 3216, on or before September 1, 2021. Defendant shall file his reply, if any, by September 30, 2021.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

    SO ORDERED.

Dated: August 18, 2021
       New York, New York

                                                ALISON J. NATHAN
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/21