UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
:
-v- : 15 Cr. 95 (JPC)
:
ONEIL DASILVA, : ORDER
:
Defendant. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Government shall file a response to Defendant's motion for a sentence reduction, Dkt. 3575, by March 6, 2025.

SO ORDERED.

Dated: February 20, 2025
       New York, New York

                                         _____
                                          JOHN P. CRONAN
                                          United States District Judge